

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-18-00414-CR

John Bryan **FINCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-07-0222-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file his brief is GRANTED. Appellant's brief is due August 19, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court